```
 1  Kevin J. McInerney, Esq. (46941)
    kevin@mcinerneylaw.net
 2  Kelly McInerney, Esq. (200017)
    kelly@mcinerneylaw.net
 3  Charles A. Jones, Esq. (224915)
 4  caj@mcinerneylaw.net
    MCINERNEY & JONES
 5  18124 Wedge Parkway #503
    Reno, NV 89511
 6  Telephone:   (775) 849-3811
 7  Facsimile:   (775) 849-3866

 8  James F. Clapp, Esq. (145814)
    jclapp@sdlaw.com
 9  Zachariah P. Dostart, Esq. (255071)
10  zdostart@sdlaw.com
    DOSTART CLAPP & COVENEY, LLP
11  4370 La Jolla Village Drive, Suite 970
    San Diego, CA 92122
12  Telephone:   (858) 623-4200
    Facsimile:   (858) 623-4299
13
14  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUHEIL SAWAYA, | Civil Case No. 3:10-cv-01460 EMC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January 23, 2012

_____
Kevin J. McInerney
*Attorney for Plaintiff*

Dated: January 17, 2012

_____
Lindbergh Porter, Jr.
*Attorney for Defendant*

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**PROOF OF SERVICE**
*Sawaya v. Wells Fargo Bank, N.A.*
**United States District Court, Northern District of California**
Case No. 3:10-cv-01460 EMC

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On January 24, 2012, I served the foregoing document(s) described as:

    STIPULATION OF DISMISSAL

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Zachariah P. Dostart, Esq. |
| rrahm@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone: (415) 433-1940 | Telephone: (858) 623-4200 |
| Facsimile: (415) 399-8490 | Facsimile: (858) 623-4299 |

XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 24, 2012 at Reno, Nevada.

                                                */s/ Jennifer Smith*
                                                Jennifer Smith